[No. 28946-2-I.   Division One.   June 1, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
EDDINGS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-01147-4, Jerome M. Johnson, J., entered
August 1, 1991. *Dismissed* by unpublished per curiam opin-
ion.

[No. 29380-0-I.   Division One.   June 1, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHANY
ROBERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-8-04554-4, Faith Enyeart, J., entered October
7, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 30008-3-I.   Division One.   June 1, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK S.
ARKO, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-03517-9, Robert E. Dixon, J., entered
December 24, 1991. *Reversed* by unpublished per curiam
opinion.

[No. 29828-3-I.   Division One.   June 1, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY RAY
BENSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-02660-9, Nancy A. Holman, J., entered
December 3, 1991. *Affirmed* by unpublished per curiam opin-
ion.